UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BENJAMIN GILL | CIVIL ACTION NO. 6:13-CV-00589 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| COASTAL DRILLING COMPANY, LLC | BY CONSENT OF THE PARTIES |

## JUDGMENT

This matter was tried before the Court as a bench trial on June 1 through 5, 2015.  In accordance with Rule 52(a) of the Federal Rules of Civil Procedure, the Court's findings of fact and conclusions of law were read into the record on June 9, 2015, following the close of evidence.  In accordance therewith,

IT IS ORDERED that judgment be entered in favor of the plaintiff Benjamin Gill and against the defendant Coastal Drilling Company, LLC, in the sum of seven million five thousand seven hundred ninety-one and 60/100 ($7,005,791.60) dollars, to be reduced in accordance with the plaintiff's twenty-five percent allocation of comparative fault, and calculated as follows:

| | |
|---|---|
| Past lost wages | $ 74,097.00 |
| Past lost meals | $ 5,560.00 |
| Past lost fringe benefits | $ 9,136.05 |
| Past medical expenses | $ 29,243.64 |

| | |
|---|---|
| Past physical pain and suffering | $ 375,000.00 |
| Past mental pain and suffering | $ 375,000.00 |
| Future loss of earning capacity | $1,015,646.00 |
| Future loss of meals | $ 77,513.00 |
| Future loss of fringe benefits | $ 82,945.00 |
| Future medical expenses as per the life care plan | $2,961,651.00 |
| Future physical pain and suffering | $1,000,000.00 |
| Future mental pain and suffering | <u>$1,000,000.00</u> |
| Total: | $7,005,791.60 |

IT IS FURTHER ORDERED that prejudgment interest shall be added from the date of the accident until paid for the amount representing past losses at the rate set forth in 28 U.S.C. § 1961, and interest shall be added from the date of judgment until paid for future losses in accordance with 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that judgment be entered in favor of the plaintiff Benjamin Gill and against the defendant Coastal Drilling Company, LLC ordering Coastal to pay maintenance and cure related to the spread of Complex Regional Pain Syndrome to parts of the plaintiff's body other than his right lower extremity until the plaintiff reaches maximum medical improvement.

IT IS FURTHER ORDERED that defendant is taxed with costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Thus done and signed this 9th day of June 2015 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE